IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV446-C

| | | |
|---|---|---|
| PFS INVESTMENTS, INC., | ) | |
| | ) | |
|     Petitioner/Respondent, | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| LAURENA POOLE, | ) | |
| | ) | |
|     Respondent/Claimant. | ) | |

**THIS MATTER** is before the Court on Celeste M. Chiaramonte's "Motion For Admission Pro Hac Vice" (document #5) filed November 12, 2005 on behalf of the Respondent/Claimant. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

    **SO ORDERED.**

`Signed: November 28, 2005`

Carl Horn, III
United States Magistrate Judge