IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOITE DIVISION
Civil Action No 3:05-CV-446-C

PFS INVESTMENTS, INC.,

        Petitioner,

v.

LAURENA POOLE,

        Respondent.

## JOINT MOTION TO VACATE ARBITRATION AWARDS

Petitioner PFS Investments, Inc. and Respondent Laurena Poole, constituting all the parties to this case, hereby jointly move that the Court vacate the Award and Amended Award entered in the arbitration titled Laurena Poole v. PFS Investments, Inc. administered by the National Association of Securities Dealers (the "NASD"), Case No. 04-03447 (the "Arbitration"), and show the Court as follows:

By an Award dated October 10, 2005, a single arbitrator presiding over the Arbitration awarded monetary relief to the Respondent. An Amended Award was subsequently entered changing the name of the counsel for the Respondent, but making no other changes.

The Petitioner has moved to vacate the Award and Amended Award. The Respondent recognizes that the Award and the Amended Award are erroneous in certain respects. Accordingly, pursuant to Section 10 of the Federal Arbitration Act, the Petitioner and the Respondent jointly request that this Court vacate the Award and the Amended Award entered

in NASD Case No. 04-03447 by executing an Order Vacating Arbitration Awards in the form attached hereto.

Respectfully submitted, this 27rd day of January, 2006.

s/Fred M. Wood, Jr.
Fred M. Wood Jr. N.C. Bar No.: 18437
Attorneys for Petitioner
Nelson Mullins Riley & Scarborough LLP
100 North Tryon Street, Suite 2400
Charlotte, North Carolina 28202
(704) 417-3000 (tel.)
(704) 3774814 (fax)
E-mail: fred.wood@nelsonmullins.com

Celeste Chiaramonte
WOSKA & HAYES, L.L.P.
700 Rockmead, Suite 101
Kiugwood, TX 77339
(281) 359-7180 (tel.)
(281) 359-1968 (fax)

Counsel for Respondent Laurena Poole

D. Larry Kristinik
NELSON MULLINS
Meridian, 17th Floor
1320 Main Street
Columbia, SC 29201
(803) 255-9531 (tel.)
(803) 255-9077 (fax)

Jeffrey W, Willis
ROGERS & HARDIN
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 522-4700 (tel
(404) 525-2224 (fax)
Counsel for Petitioner PFS Investments, Inc.

## CERTIFICATE OF SERVICE

This is to certify that the Joint Motion to Vacate Arbitration Awards was served on all parties by First Class Mail, postage prepaid, this the 27rd day of January, 2006.

s/ Fred M. Wood, Jr.
Fred M. Wood, Jr. Bar No.: 18437
Attorneys for Petitioner, PFS Investments, Inc.
Nelson Mullins Riley & Scarborough, LLP
100 N. Tryon Street, Suite 2400
Charlotte, North Carolina 28202-4000
Telephone No. (704) 417-3000
Facsimile No. (704) 417-377-4814
E-mail: fred.wood@nelsonmullins.com

SERVED ON:
Celeste Chiaramonte, Esquire
Woska and Hayes, L.L.P.
700 Rockmead, Suite 101
Kingwood, TX 77339

Jeffrey W. Willis
Rogers & Hardin LLP
2700 International Tower
229 Peachtree Street
Atlanta, Georgia 30303

D. Larry Kristinik
Nelson Mullins Riley & Scarborough, LLP
Meridian / 17th Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC 29201