IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:05-CV-446-C

PFS INVESTMENTS, INC., )
                                              )
            Petitioner,            )
                                              )
vs.                                    )                    ORDER
                                              )
LAURENA POOLE,          )
                                              )
            Respondent.          )
_____)

BEFORE THE COURT are the Petition to Vacate and/or Modify and Correct Arbitration Award filed by the Petitioner, PFS Investments, Inc., and the Motion to Confirm Arbitration Award filed by the Respondent, Laurena Poole. The Court now enters this Order **GRANTING** the Petition to Vacate.

By an Award dated October 10, 2005, a single arbitrator presiding over an arbitration proceeding administered by the National Association of Securities Dealers (the "NASD"), Case No. 04-03447, awarded monetary relief to the Respondent. An Amended Award was subsequently entered changing the name of the counsel for the Respondent, but making no other changes.

The Petitioner has moved to vacate the Award and Amended Award. The Respondent recognizes that the Award and Amended Award are erroneous in certain respects. Accordingly, pursuant to Section 10 of the Federal Arbitration Act, the Court hereby VACATES the Award and the Amended Award entered in NASD Case No. 04-03447 and **DENIES** the Motion to Confirm Arbitration Award.

**IT IS SO ORDERED.**

Signed: February 8, 2006

Robert J. Conrad, Jr.
United States District Judge