# United States District Court
# For The Western District of North Carolina
# Charlotte Division

PFS Investments, Inc.,

       Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                              3:05-cv-446-C

Laurena Poole,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2006 Order.

                      **Signed: February 9, 2006**

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court